IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00374-EWN-21

UNITED STATES OF AMERICA,

    Plaintiff,

v.

21.    MANUEL TRUJILLO,
        a/k/a "Manny",

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce MANUEL TRUJILLO before United States Magistrate Judge, Monday, April 17, 2006, for proceedings and appearances upon the charges in the Second Superseding Indictment and Bond Violation, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 12th day of April, 2006.

                                        s/ Edward W. Nottingham
                                        UNITED STATES DISTRICT COURT
                                        DISTRICT OF COLORADO