IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00374–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

21. MANUEL TRUJILLO,
      a/k/a "Manny",

      Defendant.

---

## ORDER AND NOTICE OF SETTINGS

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

      This matter is set for a seven-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **July 17, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

      **ORDERED** that the deadline for filing all motions is June 15, 2006.  All responses shall be filed by June 22, 2006.  A hearing on the motions, if necessary, is set for **June 29, 2006**, at 2:15 o'clock p.m.  It is further

      **ORDERED** that a change of plea hearing is scheduled to commence at 9:00 o'clock a.m. on Friday, **July 7, 2006**.  The deadline for submitting the plea agreement and statement of facts

1

relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday,

July 5, 2006.

Dated: April 20, 2006