**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  　　　　　　　　　Date: November 9, 2006
Therese Lindblom, Court Reporter
Tom Destito, Probation Officer

Criminal Action No. 05-cr-00374-EWN

*Parties:*　　　　　　　　　　　　　　　　　　*Counsel:*

UNITED STATES OF AMERICA,　　　　　　Joseph Allen
　　　　　　　　　　　　　　　　　　　　　　M.J. Menendez
　　　Plaintiff,

v.

21. MANUEL TRUJILLO,　　　　　　　　　Martin Stuart

　　　Defendant.

---

**SENTENCING MINUTES**

---

**3:01 p.m.　　Court in session.**

**Defendant pled guilty on August 17, 2006, to Count One of the Superseding Indictment.**

3:02 p.m.　　Defendant's witness Janet Oressa Dehler, M.D. sworn.

Court accepts Dr. Dehler as a medical expert.

Direct examination by Mr. Stuart.

Cross examination by Mr. Allen.

Mitigation statement by Mr. Stuart.

Statement by Defendant.

Courtroom Minutes
Judge Edward W. Nottingham
Page 2 of 3

Statement by Mr. Allen.

Court's findings.

**ORDERED: 1.     No fine is imposed.**

**ORDERED: 2.     Defendant is imprisoned for a term of 60 months.**

**ORDERED: 3.     Upon release from imprisonment, Defendant shall be placed on supervised release for a period of four years.**

**ORDERED: 4.     Within seventy-two hours of his release from the custody of the Bureau of Prisons, Defendant will report in person to the probation office in the district in which he is released.**

**ORDERED: 5.     Conditions of supervised release are:**

    **a.     Defendant is to observe all of the standard conditions of supervised release that have been adopted by this court.**

    **b.     Defendant is not to possess any firearm, destructive device or any other dangerous weapon as defined by federal or state statute.**

    **c.     Defendant is not to illegally possess or use controlled substances.**

    **d.     Defendant is to submit to one drug test within 15 days of his release and two other periodic tests, as directed by the probation officer.**

    **e.     Defendant is not to commit a federal, state, or local crime.**

    **f.     Defendant shall cooperate in the collection of DNA as directed by the probation officer.**

    **g.     Defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer,**

Courtroom Minutes
Judge Edward W. Nottingham
Page 3 of 3

                until Defendant is released from that program by the probation officer. While participating in that program, Defendant shall abstain from the use of alcohol or other intoxicants. Defendant shall pay the costs associated with that program.

**ORDERED: 6.**  Defendant shall pay a special assessment fee of $100.00 due immediately.

**ORDERED: 7.**  Government's Motion Regarding Acceptance Of Responsibility (#1006, filed October 30, 2006) is GRANTED.

**ORDERED: 8.**  Government's Motion for Downward Departure Pursuant to United States Sentencing Guideline Section 5k1.1 and 18 United States Code Section 3553(e) (#1009, filed October 30, 2006) is GRANTED.

**ORDERED: 9.**  Defendant's Motion for Downward Departure (#1010, filed November 1, 2006) is GRANTED.

**ORDERED: 10.**  Government's Motion to Dismiss Count Four of the First Superseding Indictment (#1007, filed October 30, 2006) is GRANTED.

Defendant is advised of right to appeal.

Discussion regarding application process for hospice care for Defendant.

Defendant is remanded to the custody of the United States Marshal for the District of Colorado

**3:58 p.m.     Court in recess.**

Hearing concluded.

Total time in court:     00:57