IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00374–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

21.    MANUEL TRUJILLO**,**
    a/k/a Manny,

    Defendant.

## ORDER

Upon consideration of Defendant's Motion (#1096) to reduce his sentence, and upon the finding that he was represented in this matter by Martin Stuart, counsel appointed under the Criminal Justice Act, it is

**ORDERED** as follows:

1.    Martin Stuart is hereby appointed to represent Defendant under the provisions of the Criminal Justice Act. Mr. Stuart and the clerk shall forthwith complete all CJA forms necessary to complete this appointment. If Defendant wishes to proceed *pro se* without appointed counsel, he shall notify the court in writing within ten days. Similarly, if Mr. Stuart cannot accept this appointment, he shall notify the court in writing within ten days.

2. Counsel shall review Defendants filing and may supplement that filing on or before April 18, 2008. The Government shall respond to any filing, as supplemented, no later than April 28, 2008.

Dated this 20th day of March, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge