IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00374–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

21. MANUEL TRUJILLO,
    a/k/a Manny,

    Defendant.

## ORDER

This matter is before the court on Defendant's Motion for Reduction of Sentence (#1096), his motion asking for credit on his sentence (#1097), and his attorney's motion responding to the court's appointment of counsel (#1120). The government has responded (#1158).

Upon review of the file and the pre-sentence report, the court concludes that Defendant is not eligible for a reduction of his sentence under 18 U.S.C. § 3582(c)(2). This is because the charge to which he entered a guilty plea and his base offense level were premised on the amount of *powder* cocaine involved, not the amount of *crack* cocaine concerning which he was charged. The recent guideline amendments effectively reducing the guideline calculations in many crack cocaine cases did not affect sentences involving powder cocaine.

As for Defendant's request for credit on his sentence, that matter is not properly before the court at this time. Defendant must first pursue that request administratively through the Bureau of Prisons. If still dissatisfied with the BOP's final determination, he can being an appropriate action in the court having jurisdiction over the matters relating to the execution of his sentence.

For the reasons stated, it is

ORDERED that the referenced motions (## 1096 and 1097) all be **DENIED**.

Dated this 1st day of May, 2008.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                Chief United States District Judge