IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 05-cr-00374-PAB-21

UNITED STATES OF AMERICA.

    Plaintiff,

v.

21.  MANUEL TRUJILLO,

    Defendant.

_____

**ORDER**
_____

    This matter comes before the Court on the Status Report [Docket No. 1485] filed by the United States, informing the Court that defendant Manuel Trujillo has died.  It is

    **ORDERED** that the petition for violation of supervised release is withdrawn at the request of the United States and this case is closed as to defendant Manuel Trujillo.

    DATED August 7, 2013.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge